Commonwealth *v.* Roach, Appellant.

Submitted December 16, 1975. *Ernest Kardas,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.


Commonwealth *v.* Robinson, Appellant.

Submitted March 17, 1975. *Douglas Riblet* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Harry M. Spaeth, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, PRICE, and SPAETH, JJ., dissent. *Commonwealth v. Murray,* 233 Pa. Superior Ct. 10, 15, 334 A.2d 678, 680 (1975).